UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICROCHIP IDENTIFICATION | * | CIVIL ACTION NO. |
| SYSTEMS, INC. | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| LAMBERT VET SUPPLY, LLC | * | |
| AND PET SUPPLIES 4 LESS, LLC | * | MAGISTRATE: |

_____

**<u>COMPLAINT</u>**

The Complaint of Microchip Identification Systems, Inc. with respect represents:

1.

Microchip Identification Systems, Inc., d/b/a Microchip ID Systems, Inc. (Microchip ID Systems), is a Louisiana corporation domiciled and with its principal place of business in Covington, St. Tammany Parish, Louisiana.

2.

Lambert Vet Supply, LLC (Lambert Vet Supply) is a limited liability company organized under the laws of Kansas, with its principal place of business located at 714 5th St., Fairbury, Nebraska 68352. On information and belief, Douglas W. Lambert is currently the sole member of Lambert Vet Supply, and is domiciled in Mahaska, Kansas.  No members are believed to be domiciliaries of Louisiana.

1

3.

Pet Supplies 4 Less, LLC (Pet Supplies 4 Less) is a limited liability company organized under the laws of Nebraska, with its principal place of business located at 714 5th St., Fairbury, Nebraska 68352. The members of Pet Supplies 4 Less are believed to be Douglas W. Lambert and Julie M. Katz, a domiciliary of Nebraska.  No members are believed to be domiciliaries of Louisiana.

4.

Lambert Vet Supply and Pet Supplies 4 Less are retailers and distributors of pet supply and veterinary products that market and sell these products throughout the United States, including in the State of Louisiana and within this district.  This district is one in which the defendants have minimum contacts and may therefore be subject to this Court's personal jurisdiction.

5.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332, as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.  Additionally, this Court has jurisdiction based upon 15 U.S.C. 1121 and 28 U.S.C. 1331 and 1338, as well as supplemental jurisdiction over the related state law claims under 28 U.S.C. 1367.

6.

Venue is proper in this district pursuant to 28 U.S.C. 1391, in that the plaintiff has its principal place of business in this district, the subject matter of this Complaint concerns a

contract confected within the Eastern District of Louisiana and payment for the performance of said contract was owed within the Eastern District of Louisiana.

7.

Microchip ID Systems began doing business in 1989 as a partnership and was incorporated in 1993.

8.

Microchip ID Systems provides RFIDs (Radio Frequency Identification Devices) in the form of injectable microchips designed for animals. Each microchip contains a unique number. Initial sales were focused within the livestock industry, however in the mid 1990's, the company broadened its market to include all veterinarians, humane societies, rescue organizations, dog and cat breeders, pet stores, zoos, and endangered animal research.

9.

Today, Microchip ID Systems manufactures and services a line of products designed to suit all animal identification needs across all venues. The company hosts three websites, a pet registry and a 24 hour database that is linked to the United States Pet Microchip Lookup network. Due to the national industry-wide standard that microchip numbers are traceable to a source, the company limits distributors in order to maintain quality and traceability control. The Microchip ID Systems brand has enjoyed a sterling industry reputation for the highest quality products and customer service.

10.

Microchip ID Systems owns a valid and subsisting U.S. Trademark registration, Reg. No 3,642,795, to the "Microchip ID" mark and logo image.  Additionally, Microchip ID Systems has common law trademark rights to its products and related logo and product images, including the Pro ID MINI Chip, the Pro ID Standard Chip, the Buddy ID Mini Chip, the EquineChip and the USDA 840 ID Microchip.

11.

Lambert Vet Supply and Pet Supplies 4 Less are sister companies that are both owned and controlled by Douglas W. Lambert, and often engage in business transactions using the same "Lambert Vet Supply" moniker.  Both rely heavily on web based sales, with Lambert Vet Supply employing the domain name of www.lambertvetsupply.com, and Pet Supplies 4 Less employing the domain name of www.petsupplies4less.com. They function as a common enterprise and should be considered alter egos of the other under the law.

12.

 On November 22, 2010, Lambert Vet Supply entered into a distribution agreement with Microchip ID Systems, whereby Lambert Vet Supply became an authorized distributor of Microchip ID Systems' products.  Pursuant to the agreement, Lambert Vet Supply purchased the products at wholesale prices and then resold them at marked up prices. Lambert Vet Supply agreed to use its marketing tools to fairly market Microchip ID Systems' products to the best of its ability.

13.

The distributorship agreement between Microchip ID Systems and Lambert Vet Supply specified no term.  Under the provisions of Louisiana Civil Code Article 2024, the agreement was therefore terminable at will by either party upon notice to the other party.

14.

Lambert Vet Supply and Pet Supplies 4 Less began marketing and selling Microchip ID Systems products in 2010, primarily through the websites www.lambertvetsupply.com and www.petsupplies4less.com.  Any authority of Pet Supplies 4 Less to distribute Microchip ID Systems products derived exclusively from the distribution agreement between Lambert Vet Supply and Microchip ID Systems.

15.

In September of 2015, Microchip ID Systems became aware that Lambert Vet Supply had entered into an agreement to become the exclusive distributor for the Adeqid microchip line manufactured by BartMed Medical Technologies (BartMed).  Bartmed sells microchips which are similar in utility to Microchip ID Systems products.

16.

Subsequent to entering into the distributorship agreement with BartMed, Lambert Vet Supply and Pet Supplies 4 Less continued to advertise Microchip ID Systems products through their websites.  However, after entering into the distributorship agreement with BartMed, the customer service department of Lambert Vet Supply began making numerous false statements

about Microchip ID Systems products in order to sway potential customers to purchase BartMed or other manufacturers' products instead.  These false statements include the following:

a.  That Microchip ID Systems products are poor quality and that the customer would be better served by purchasing BartMed or other manufacturers' products.

b. That Microchip ID Systems products are simply white labeled "offsets" of BartMed products.

c. That Microchip ID Systems is just a "reseller" of microchips made by others.

d. That BartMed actually manufactures the Microchip ID Systems products.

e. That  Microchip ID Systems is just a branch of BartMed.

f. That Microchip ID Systems products have been discontinued and are no longer being manufactured.

17.

On September 23, 2015, Microchip ID Systems sent written notice to Lambert Vet Supply that it had elected to terminate the distributorship agreement and requested that all Microchip ID Systems products be removed from all Lambert Vet Supply affiliated websites. Lambert Vet Supply chose to ignore this request.  Multiple verbal and written follow up requests for removal of Microchip ID Systems products from Lambert Vet Supply's websites have been made, to no avail.   Douglas W. Lambert has declared his intention to leave Microchip ID Systems products on Lambert Vet Supply affiliated websites "forever".

18.

Notwithstanding termination of the distributorship agreement, Lambert Vet Supply and Pet Supplies 4 Less continue to advertise Microchip ID Systems products for sale on their websites and have continued the unauthorized and illegal use of the Microchip ID Systems' mark and logo images on those websites, in violation of Microchip ID Systems registered trademark and common law trademark rights.

19.

In October of 2015, Lambert Vet Supply and Pet Supplies 4 Less raised the prices of Microchip ID Systems products sold on their websites to well beyond the manufacturer's suggested retail price, and at the same time, reduced the price of the BartMed products.  It is believed that at this point, Lambert Vet Supply and Pet Supplies 4 Less had ceased to actually sell any Microchip ID Systems products, and the price hike was intended to create a competitive disadvantage in the marketplace to Microchip ID Systems products.

20.

Beginning on October 20, 2015, Lambert Vet Supply and Pet Supplies 4 Less blocked all online orders for Microchip ID Systems products through the websites. In an effort to divert customers to purchasing BartMed products, the websites now state that customers interested in purchasing Microchip ID Systems products must call or email the customer service department. When contact is made with the customer service department, although the websites show Microchip ID Systems products are "in stock", in addition to being told the falsehoods described in Paragraph 16 above, callers are advised that those products are actually out of stock and

unavailable, or that the product line has been discontinued, and are then advised of the availability of BartMed products.

21.

Lambert Vet Supply and Pet Supplies 4 Less have attempted to deceive customers and gain a competitive advantage following termination of the distributorship agreement by illegally continuing to advertise Microchip ID Systems products with no intent to sell them, using the goodwill of Microchip ID Systems in order to draw customers in so that they may then redirect them to purchase the products of BartMed.

22.

Lambert Vet Supply and Pet Supplies 4 Less continue to use the name and logo images of Microchip ID Systems on their websites without any authority to do so, and in violation of the trademark of Microchip ID Systems.  Additionally, Lambert Vet Supply and Pet Supplies 4 Less are using outdated and incorrect images of Microchip ID Systems products on their websites.

23.

The microchip market has seen a recent influx of Chinese knockoff products, creating an authenticity issue in the marketplace.  It is critical to product sales that the Microchip ID Systems brand be protected from confusion with other products.  The false statements being spread by Lambert Vet Supply and Pet Supplies 4 Less that claim that Microchip ID Systems products are merely white labeled offsets of BartMed products is causing brand confusion, damage to the reputation of Microchip ID Systems and a loss of sales.

24.

Lambert Vet Supply and Pet Supplies 4 Less continued unauthorized marketing of Microchip ID Systems products while at the same time spreading falsehoods about those products is causing irreparable harm to the goodwill and intellectual property rights of Microchip ID Systems, as well as a loss of sales and loss of profits, for which Microchip ID Systems is entitled to an award of all actual damages sustained.

25.

Lambert Vet Supply has breached its obligation to fairly market Microchip ID Systems' products to the best of its ability as required by the distributorship agreement, and Microchip ID Systems is entitled to all damages sustained as a result of that breach through the date of termination of the agreement on September 23, 2015, including but not limited to loss of sales, damage to reputation and damage to goodwill.

26.

The actions of Lambert Vet Supply and Pet Supplies 4 Less in using Microchip ID Systems' mark, logo and images without the legal authority to do so as a means of luring customers to their websites, and falsely representing that Microchip ID Systems products are white labeled products manufactured by Bart Med in order to convince customers to purchase the products of BartMed, has caused confusion and deception in the marketplace and constitutes federal trademark infringement in violation of 15 U.S.C. § 1114(1) and 15 U.S.C. § 1125(a) and in violation of Louisiana's Anti-Dilution law, LSA-R.S. 51:223.1.

27.

The conduct of Lambert Vet Supply and Pet Supplies 4 Less as outlined herein is intentionally calculated to deceive consumers into thinking that Microchip ID Systems' products are not their own, for the purpose of promoting the products of BartMed. This has caused and will continue to cause confusion, mistake or deception in the mind of the public, and has damaged and will continue to damage the goodwill of Microchip ID Systems, all of which constitutes unfair or deceptive trade practices in violation of the Louisiana Unfair Trade Practices Act, LSA-R.S. 51:1401, et seq.

28.

By their actions set forth herein, Lambert Vet Supply and Pet Supplies 4 Less have unjustly profited from the goodwill and reputation associated with the products of Microchip ID Systems. Accordingly, Microchip ID Systems seeks a full accounting and recovery from Lambert Vet Supply and Pet Supplies 4 Less for the profits unjustly received and the disgorgement of any such profit realized as a result of their tortious and unlawful acts.

29.

The conduct of Lambert Vet Supply and Pet Supplies 4 Less as outlined herein has been undertaken intentionally, willfully and with wanton disregard of the rights of Microchip ID Systems.

30.

Unless the Court intervenes to restrain and enjoin Lambert Vet Supply and Pet Supplies 4 Less from continuing to market Microchip ID Systems' products without legal authority to do so, they will continue to illegally trade off the goodwill of Microchip ID Systems.

31.

Such activities will cause further irreparable harm to Microchip ID Systems, and will deprive it of its protected interest in the accumulated goodwill generated by its own promotion, advertising and sale of goods.

32.

Microchip ID Systems has no adequate remedy in damages to rectify the harm being caused by the conduct of Lambert Vet Supply and Pet Supplies 4 Less, and is entitled to permanent injunctive relief directing that Lambert Vet Supply and Pet Supplies 4 Less cease violating the trademark rights of Microchip ID Systems, immediately remove all Microchip ID Systems products from any affiliated website as well as any electronic or print media distributed by them, directing that customers who inquire about Microchip ID Systems' products be informed that they are not an authorized distributor of those products, further directing that no derogatory or untrue statements regarding Microchip ID Systems be made to customers, and restraining Lambert Vet Supply and Pet Supplies 4 Less from otherwise trading off the goodwill of Microchip ID Systems.

33.

Microchip ID Systems prays for judgment against Lambert Vet Supply and Pet Supplies 4 Less as follows:

a. Declaring that the distributorship agreement has been lawfully terminated and that Lambert Vet Supply and Pet Supplies 4 Less do not have the legal right to market Microchip ID Systems' products.

b. For all monetary damages incurred by Microchip ID Systems due to the breach of contract of Lambert Vet Supply and Pet Supplies 4 Less in failing to use its best efforts to fairly market the products of Microchip ID Systems, through the date of termination of the distributorship agreement.

c. For all monetary damages incurred by Microchip ID Systems due to the continued unauthorized marketing of Microchip ID Systems products by Lambert Vet Supply and Pet Supplies 4 Less, while at the same time spreading falsehoods about those products, causing loss of sales, loss of profit and irreparable harm to the goodwill and intellectual property rights of Microchip ID Systems.

d. For a full accounting of the benefits and profits Lambert Vet Supply and Pet Supplies 4 Less have unjustly received and the disgorgement of any profits realized by Lambert Vet Supply and Pet Supplies 4 Less as a result of their unlawful conduct.

e. For treble damages as allowed by the Louisiana Unfair Trade Practices Act.

f. For reasonable attorney's fees and costs as permitted by statute or jurisprudence.

g. For permanent injunctive relief directing that Lambert Vet Supply and Pet Supplies 4 Less and affiliated companies cease violating Microchip ID Systems' trademark rights, immediately remove all Microchip ID Systems products from any affiliated website as well as any electronic or print media distributed by them, directing that customers who inquire about Microchip ID Systems' products be informed that they are not an authorized distributor of those products, further directing that no derogatory or false statements regarding Microchip ID Systems be made to customers, and restraining Lambert Vet Supply and Pet Supplies 4 Less from creating brand confusion or dilution or otherwise trading off the goodwill of Microchip ID Systems.

h. For trial by jury on all issues herein.

Respectfully submitted,

JONES FUSSELL, L.L.P.


/s/ John R. Walker
John R. Walker (#2165)
P.O. Box 1810
Covington, LA  70434
Telephone:  (985) 246-7808
Facsimile: (985) 892-4925
johnwalker@jonesfussell.com
*Counsel for Microchip Identification Systems, Inc.*

13