UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICROCHIP IDENTIFICATION SYSTEMS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:    15-6874** |
| **LAMBERT VET SUPPLY, LLC, ET AL** | **SECTION: "A" (4)** |

**SETTLEMENT CONFERENCE ORDER**

This case has been scheduled for a Settlement Conference.  All **lead counsel are ORDERED TO APPEAR before the undersigned Magistrate Judge, United States Courthouse, Hale Boggs Federal Building, 500 Poydras Street, Room B-437, New Orleans, Louisiana at 10:00 a.m. on December 16, 2016.  Counsel must immediately contact chambers with any conflicts**.

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**.  **Email letter to:  efile-roby@laed.uscourts.gov**.
**The subject line should read: "15-6874A-12/16/16 "**(*Plaintiff's or Defendant's*)  **Paper"**.

It is the duty of the parties to notify the undersigned if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

Settlement Conferences are often unproductive, unless all counsel have authority to settle or access to someone with authority to settle before the conference. Although optional during the initial conference, participation of parties in addition to counsel would likely increase the efficiency and effectiveness of the Settlement Conference.  Therefore, counsel are encouraged to bring their clients to participate in the conference.

New Orleans, Louisiana, this 8th day of April 2016

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**