## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICROCHIP IDENTIFICATION SYSTEMS, INC.,<br>　　　　　　　　　Plaintiff,<br><br>versus<br><br>LAMBERT VET SUPPLY, LLC<br>AND PET SUPPLIES 4 LESS, LLC,<br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 15-06874<br><br>JUDGE A (ZAINEY)<br><br>MAGISTRATE 4 (ROBY) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the plaintiff, Microchip Identification Systems, Inc., and the defendants, Lambert Vet Supply, LLC, and Pet Supplies 4 Less, LLC, who pursuant to Rule 41 of the Federal Rules of Civil Procedure jointly move this Court for an order dismissing with prejudice all of plaintiff's claims against the defendants. Accordingly, the parties request that this Court enter an order dismissing all claims with prejudice with the parties to bear their respective costs and attorneys' fees.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/Micah Fincher*
　　　　　　　　　　　　　　　　　COVERT J. GEARY (LA #14280)
　　　　　　　　　　　　　　　　　MICAH FINCHER  (LA #33830)
　　　　　　　　　　　　　　　　　Jones Walker LLP
　　　　　　　　　　　　　　　　　201 St. Charles Avenue, Suite 5100
　　　　　　　　　　　　　　　　　New Orleans, Louisiana  70170-5100
　　　　　　　　　　　　　　　　　Telephone:  (504) 582-8000
　　　　　　　　　　　　　　　　　Facsimile:  (504) 589-8464
　　　　　　　　　　　　　　　　　Email:  cgeary@joneswalker.com
　　　　　　　　　　　　　　　　　　　　　　mfincher@joneswalker.com

{N3207751.1}

    *and*

    BERNARD F. MERONEY (LA #20522)
    Jones Walker LLP
    Four United Plaza
    8555 United Plaza Boulevard
    Baton Rouge, LA  70809
    Telephone:  (225) 248-2000
    Facsimile:  (225) 248-2010
    Email:  bmeroney@joneswalker.com

    **Counsel for Defendants, Lambert Vet Supply, LLC and Pet Supplies 4 Less, LLC**

    JONES FUSSELL, L.L.P.

    /s/John R. Walker
    John R. Walker (LA #2165)
    P.O. Box 1810
    Covington, LA 70434
    Telephone: (985) 246-7808
    Facsimile: (985) 892-4925
    johnwalker@jonesfussell.com

    **Counsel for Microchip Identification Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system and served in accordance with the Federal Rules of Civil Procedure. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

    *s/ Micah Fincher*